FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERMAN E. ZEPEDA PORTILLO,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>JOHN MARSHALL, WARDEN,<br><br>　　　　Respondent. | Case No. CV 10-2905-CJC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendations of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendations and orders that judgment be entered denying the petition with prejudice.

Dated: November 5, 2010

Cormac J. Carney
United States District Judge