UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERMAN E. ZEPEDA PORTILLO,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>JOHN MARSHALL, WARDEN,<br><br>　　　Respondent. | Case No.   CV 10-2905-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: November 5, 2010

　　　　　　　　　　　　　　　　　　　Cormac J. Carney
　　　　　　　　　　　　　　　　　　　United States District Judge